UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR23-080-LK ) |
| v. | ) ) DETENTION ORDER |
| DREVONN KELLEY, | ) ) |
| Defendant. | ) ) |

Offenses charged:

1. Unlawful possession of a firearm.

2. Unlawful possession of ammunition.

3. Possession of a controlled substance with intent to distribute.

4. Possession of a firearm in furtherance of a drug trafficking crime.

Date of Detention Hearing:  June 5, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years, and with possession of a firearm in furtherance of a drug trafficking crime. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant has a significant and recent criminal record including convictions for assault, escape, attempt to elude police vehicle, possession and distribution of controlled substances, and multiple convictions for firearms possession. During his DOC supervision two warrants were issued and he was returned to custody six times. The conduct in the charged offenses allegedly occurred while under Department of Convictions ("DOC") supervision.

2. Defendant poses a risk of flight based on his convictions for eluding and escape, and multiple failures to appear. He does not have stable employment. Defendant is a danger to the community because of his reoccurring history of criminal activity while under supervision. Defendant also poses a danger based on the nature of the charges, involving distribution of fentanyl coupled with firearms possession.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 5th day of June, 2023.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3