UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DREVONN KELLEY,<br><br>                Defendant. | CASE NO. 2:23-cr-00080-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on the Defendant Drevonn Kelley's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline. Dkt. No. 24. Mr. Kelley moves to continue the trial date from November 13, 2023 to March 11, 2024, and to continue the pretrial motions deadline to January 29, 2024. *Id.* at 1. The Government does not oppose Mr. Kelley's motion. *Id.*

      On May 10, 2023, a federal grand jury indicted Mr. Kelley with Unlawful Possession of a Firearm and Unlawful Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1); Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). Dkt. No. 1 at 1–3. He pleaded not guilty to all counts and was

subsequently ordered detained following a hearing before United States Magistrate Judge S. Kate Vaughan. Dkt. Nos. 10, 15–16. On June 28, 2023, the Court granted Mr. Kelley's first unopposed motion to continue trial and the pretrial motions deadline, Dkt. No. 21, and on October 3, 2023, the Court granted the parties' stipulated motion for a brief extension of the pretrial motions deadline, Dkt. No. 23.

Counsel for Mr. Kelley represents that between June and August, the Government produced approximately 8,000 "distinct files of discovery," including "telephone calls and communications allegedly made by Mr. Kelley from custodial settings," as well as "drug testing results, fingerprint analysis, DNA analysis and additional reports and search warrants[.]" Dkt. No. 24 at 2. Counsel also states that because the discovery produced to date contains "substantial personal and identifying information for third parties," additional time is needed for the Government to produce redacted copies of discovery so that Mr. Kelley can review it while in pretrial custody, and so that he and his counsel can discuss the need for any experts, further investigation, and potential resolution. *Id.* Mr. Kelley has filed a speedy trial waiver "knowingly, voluntarily, and with advice of counsel," waiving his right to a speedy trial through April 1, 2024. Dkt. No. 25 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Kelley in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to obtain and review discovery, consider pretrial motions and defenses, consult with her client, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time

requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Kelley reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS Mr. Kelley's motion, Dkt. No. 24, and ORDERS that the trial date for Mr. Kelley shall be continued from November 13, 2023 to March 11, 2024, and that the pretrial motions deadline shall be continued to January 29, 2024. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Kelley's trial must commence under the Speedy Trial Act.

Dated this 17th day of October, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 3