UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DREVONN KELLEY,<br><br>                    Defendant. | CASE NO. 2:23-cr-00080-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUSNEL |

This matter comes before the Court on Defendant Drevonn Kelley's Unopposed Motion to Withdraw and Substitute Counsel. Dkt. No. 27.[1] Mr. Kelley moves to allow Sara Brin to withdraw as attorney of record and to substitute Emily M. Gause as counsel. *Id.* at 1.

Having reviewed Mr. Kelley's motion and being fully advised, and in light of the parties' agreement that the relief requested is appropriate as evidenced by the signatures of the respective counsel, NOW THEREFORE

---

[1] The Government notified the courtroom deputy via email that it does not oppose this motion.

ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUSNEL - 1

IT IS ORDERED, ADJUDGED AND DECREED that Sara Brin shall be allowed to withdraw and Emily M. Gause be substituted as counsel for Defendant Drevonn Kelley

Dated this 12th day of January, 2024.

                                          */s/ Lauren King*
                                          Lauren King
                                          United States District Judge