UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DREVONN KELLEY,<br><br>                Defendant. | CASE NO. 2:23-cr-00080-LK<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on the parties' stipulated motion to extend the pretrial motions deadline from August 8, 2024 to August 15, 2024. Dkt. No. 34. Under Local Criminal Rule 12(c), good cause must be shown to extend the deadline for pretrial motions. Because the parties' motion demonstrates good cause, the Court ORDERS that the deadline for pretrial motions is extended to August 15, 2024. However, the parties are once again reminded that whenever possible, a motion for relief from a deadline should be filed "sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline," and they "should not assume that the motion will be granted[.]" LCrR 12(b)(10); *see* Dkt. No. 18 at 1 n.1.

Dated this 8th day of August, 2024.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND - 1